IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-12847-LPZ-DRG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-14, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE #4 , OWNER OF IP ADDRESS 68.43.3.207

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #4, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 68.43.3.207.

DATED:  September 26, 2014         Respectfully submitted,

Dallas Buyers Club, LLC,

By : s/Paul J. Nicoletti
Paul Nicoletti  (P-44419)
NICOLETTI LAW, PLC
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800
eFax: (248) 928-7051
Email:  pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

ATTORNEY FOR PLAINTIFF
DALLAS BUYERS CLUB, LLC